UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **RARED MANCHESTER NH, LLC,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | No. 2:10-cv-203-GZS |
| ) | |
| **RITE AID OF NEW HAMPSHIRE** ) | |
| **INC., et al** ) | |
| ) | |
|     **Defendants** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    The United States Magistrate Judge filed with the Court on September 6, 2011, her Recommended Decision (Docket No. 32).  Plaintiff filed its Objection to the Recommended Decision (Docket No. 33) on September 20, 2011.  Defendants filed their Objections to the Recommended Decision (Docket No. 34) on September 22, 2011.  Defendants filed their Response to Plaintiff's Objection to the Recommended Decision (Docket No. 37) on October 7, 2011.  Plaintiff filed its Response to Defendants' Objections to the Recommended Decision (Docket No. 40) on October 12, 2011.

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 18) is **GRANTED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 14th day of October, 2011.